**No. P68/63.**—Miya Co., Inc. *v.* United States, protests 65/25579, 66/2710, and 66/6964 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc.*, and *Hoyt, Shepston & Sciaroni et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiff was sustained.